# PD-1342-15

No. 08-13-00141-CR

| | | |
|---|---|---|
| Hector Tellez | § | In The Court of Criminal Appeals |
| VS. | § | for the State of Texas sitting |
| The State Of Texas | § | at Austin, Texas |
| | § | |

## Motion To Suspend Rule 9.3 (B) Copies Requirement

To the Honorable Court Of Criminal Appeals:

Come now the Petitioner, Hector Tellez, pro se, and moves the Court to suspend the Copies Requirement in the Rules of Appellate Procedure, Rule 9.3 (B) when filing his petition for discretionary review and in support would show:

The petition for review is currently due to be filed by December 15, 2015. The Court of Appeals cause No. 08-13-00141-CR. The opinion of the Court was delivered on September 16th, 2015. Petitioner has filed A Motion for Extension of Time.

Petitioner is curently incarcerated in the Texas Department of Criminal Justice-Institutional Division. Petitioner will be filing pro se Petition. It is currently difficult for Petitioner to make multiple copies and mail them while incarcerated.

Wherefore, Premises considered, Appellant moves the court to suspend the Copies Requirement in the Rules of Appellate Procedure, Rule 9.3 (B) when filing his petition for Discretionary Review and allow him to file only the original.

Respectfully Submitted

_Hector Tellez_ 11-23-15

Hector Tellez
ID# 1858884
2664 FM 2054
Tennessee Colony, Texas
75886

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk